**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

*FILED*
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 09 2017
JEFFREY P. ALLSTEADT, CLERK

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Shanise<br>First name<br>Renee<br>Middle name<br>Thompson<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 7 4 4<br>OR<br>9 xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

Debtor 1    **Shanise  Renee  Thompson**
     First Name     Middle Name     Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and *doing business as* names | ☑ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN ___ – ___ ___ ___ ___ ___ ___ ___ | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN ___ – ___ ___ ___ ___ ___ ___ ___ |
| **5. Where you live** | 7234 S. Jeffery  Apt. 3 <br> Number    Street <br><br> Chicago          IL    60649 <br> City          State  ZIP Code <br> Cook <br> County <br><br> **If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.** <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City          State  ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number    Street <br><br> _____ <br> City          State  ZIP Code <br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.** <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City          State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. <br> (See 28 U.S.C. § 1408.) <br><br> _____ <br> _____ <br> _____ <br> _____ | *Check one:* <br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. <br> (See 28 U.S.C. § 1408.) <br><br> _____ <br> _____ <br> _____ <br> _____ |

Debtor 1   <u>Shanise   Renee   Thompson</u>
      First Name     Middle Name     Last Name

Case number *(if known)*_____

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

            District _____ When _____ Case number _____
                                    MM / DD / YYYY

            District _____ When _____ Case number _____
                                    MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor _____ Relationship to you _____
           District _____ When _____ Case number, if known_____
                                    MM / DD / YYYY

            Debtor _____ Relationship to you _____
           District _____ When _____ Case number, if known_____
                                    MM / DD / YYYY

---

**11.** **Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   Shanise  Renee  Thompson                                    Case number (if known)_____
          First Name      Middle Name      Last Name

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?  _____
                        Number       Street

_____

_____
City                                State        ZIP Code

---

Official Form 101            Voluntary Petition for Individuals Filing for Bankruptcy            page 4

Debtor 1    __Shanise  Renee  Thompson__
    First Name      Middle Name      Last Name

Case number *(if known)*_____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 <u>Shanise  Renee  Thompson</u>                    Case number *(if known)*_____
    First Name    Middle Name    Last Name

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

  ✗ _____    ✗ _____
    Signature of Debtor 1             Signature of Debtor 2

  Executed on 03 07 2017             Executed on _____
     MM  /  DD  /YYYY                MM  /  DD  /YYYY

Debtor 1   **Shanise  Renee  Thompson**                    Case number (if known)_____
           First Name   Middle Name   Last Name

| **For you if you are filing this bankruptcy without an attorney** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |

**If you are represented by an attorney, you do not need to file this page.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _____          X _____
Signature of Debtor 1                     Signature of Debtor 2

Date  03-09-2017                          Date  _____
      MM / DD / YYYY                            MM / DD / YYYY

Contact phone  312-622-1029               Contact phone _____

Cell phone  _____           Cell phone _____

Email address _____         Email address _____

**Fill in this information to identify your case:**

Debtor 1     Shanise     Renee     Thompson
             First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
             (if known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................... | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................ | $ 1,500.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................... | $ 1,500.00 |

### Part 2:   Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ........... | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................ | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................ | + $ 83,365.00 |
| Your total liabilities | $ 83,365.00 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................................. | $ 1,193.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ................................................. | $ 1,120.00 |

Debtor 1   __Shanise__   __Renee__   __Thompson__
          First Name     Middle Name     Last Name

Case number *(if known)*_____

---

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$_____1,303.00

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____0.00 |
| 9d. Student loans. (Copy line 6f.) | $_____20,040.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $_____20,040.00 |

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | Shanise Renee Thompson | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1. _____
   Street address, if available, or other description

   _____

   _____
   City          State     ZIP Code

   _____
   County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

$_____       $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
   Street address, if available, or other description

   _____

   _____
   City          State     ZIP Code

   _____
   County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

$_____       $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

Debtor 1    Shanise  Renee  Thompson
_____          Case number (if known)_____
            First Name    Middle Name    Last Name

---

**1.3.**

_____
Street address, if available, or other description

_____

_____
City                    State        ZIP Code

_____
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................. →    $_____ **0.00**

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

**3.1.** 
Make:    _____
Model:    _____
Year:    _____
Approximate mileage:    _____
Other information:

_____
|                                    |
|                                    |
_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

If you own or have more than one, describe here:

**3.2.** 
Make:    _____
Model:    _____
Year:    _____
Approximate mileage:    _____
Other information:

_____
|                                    |
|                                    |
_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

---

Debtor 1    Shanise  Renee  Thompson
      First Name     Middle Name     Last Name

Case number (if known)_____

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____  $_____

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____  $_____

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[x] No
[ ] Yes

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____  $_____

---

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____  $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................  ➔  $ 0.00

---

Debtor 1   **Shanise  Renee  Thompson**                           Case number (if known)_____
    First Name    Middle Name    Last Name

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.........   | Furniture |   $ 900.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe..........   |   |   $ _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe..........   |   |   $ _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........   |   |   $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........   |   |   $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..........   | Clothes |   $ 600.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe..........   |   |   $ _____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........   |   |   $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information..........   |   |   $ _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ....................................................→   $ 1,500.00

| Debtor 1 | Shanise   Renee   Thompson | | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ..................................................................................................   Cash: ......................   $_____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................   Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ...............   Institution or issuer name:

_____   $_____
_____   $_____
_____   $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them ......................

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | 0% % | $_____ |
| _____ | 0% % | $_____ |
| _____ | 0% % | $_____ |

---

Debtor 1    Shanise  Renee  Thompson                                    Case number (if known)_____
           First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific          Issuer name:
      information about
      them.....................    _____    $_____
                                   _____    $_____
                                   _____    $_____

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No
   ☐ Yes. List each
      account separately.    Type of account:    Institution name:

                             401(k) or similar plan:    _____    $_____

                             Pension plan:    _____    $_____

                             IRA:    _____    $_____

                             Retirement account:    _____    $_____

                             Keogh:    _____    $_____

                             Additional account:    _____    $_____

                             Additional account:    _____    $_____

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others

   ☑ No
   ☐ Yes .........................    Institution name or individual:

                             Electric:    _____    $_____

                             Gas:    _____    $_____

                             Heating oil:    _____    $_____

                             Security deposit on rental unit:    _____    $_____

                             Prepaid rent:    _____    $_____

                             Telephone:    _____    $_____

                             Water:    _____    $_____

                             Rented furniture:    _____    $_____

                             Other:    _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No
   ☐ Yes .........................    Issuer name and description:

                                   _____    $_____
                                   _____    $_____
                                   _____    $_____

Official Form 106A/B                    Schedule A/B: Property                    page 6

Debtor 1 <u>Shanise   Renee   Thompson</u>

First Name      Middle Name      Last Name

Case number (if known)_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes .................................   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____

_____   $_____

_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....   $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them....   $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ......................

Federal:   $_____
State:   $_____
Local:   $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information.............

Alimony:   $_____
Maintenance:   $_____
Support:   $_____
Divorce settlement:   $_____
Property settlement:   $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information.............   $_____

Debtor 1     Shanise  Renee  Thompson
             First Name  Middle Name  Last Name

Case number (if known)_____

---

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
     of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............     $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................     $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................     $_____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information.............     $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .....................................................................    →    $_____0.00

---

## Part 5:     Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......     $_____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......     $_____

---

Debtor 1   <u>Shanise  Renee  Thompson</u>
            First Name    Middle Name    Last Name

Case number (if known)_____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☑ No
- ☐ Yes. Describe...... [                                        ] $_____

**41. Inventory**

- ☑ No
- ☐ Yes. Describe...... [                                        ] $_____

**42. Interests in partnerships or joint ventures**

- ☑ No
- ☐ Yes. Describe....... Name of entity:                        % of ownership:

  _____    _____%    $_____
  _____    _____%    $_____
  _____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

- ☑ No
- ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe....... [                          ] $_____

**44. Any business-related property you did not already list**

- ☑ No
- ☐ Yes. Give specific information .........
  _____    $_____
  _____    $_____
  _____    $_____
  _____    $_____
  _____    $_____
  _____    $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ...................................................................... → $            0.00

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

- ☑ No
- ☐ Yes ..................... [                                        ] $_____

Debtor 1  Shanise  Renee  Thompson
          First Name   Middle Name   Last Name

Case number (if known)_____

48. **Crops—either growing or harvested**
   ☑ No
   ☐ Yes. Give specific information. ............ [_____]  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☑ No
   ☐ Yes ........................ [_____]  $_____

50. **Farm and fishing supplies, chemicals, and feed**
   ☑ No
   ☐ Yes [_____]  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   ☑ No
   ☐ Yes. Give specific information. ............ [_____]  $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...............................➔  $_____0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information. ............ [_____]  $_____ $_____ $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............➔  $_____0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................................................➔  $_____0.00

56. Part 2: Total vehicles, line 5          $_____0.00

57. Part 3: Total personal and household items, line 15   $_____1,500.00

58. Part 4: Total financial assets, line 36   $_____0.00

59. Part 5: Total business-related property, line 45   $_____0.00

60. Part 6: Total farm- and fishing-related property, line 52   $_____0.00

61. Part 7: Total other property not listed, line 54   +$_____0.00

62. **Total personal property. Add lines 56 through 61.** ...........  $_____1,500.00  Copy personal property total ➔ +$_____1,500.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ...............  $_____1,500.00

Official Form 106A/B          Schedule A/B: Property          page **10**

Fill in this information to identify your case:

| Debtor 1 | Shanise Renee Thompson | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Furniture<br>Line from *Schedule A/B*: 6 | $ 900.00 | ☑ $ 900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Clothes<br>Line from *Schedule A/B*: 11 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Shanise Renee Thompson |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☒ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

| Creditor's Name | **Describe the property that secures the claim:** | $_____ | $_____ | $_____ |
|---|---|---|---|---|

Number _____ Street

_____

City _____ State _____ ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

**2.2**

| Creditor's Name | **Describe the property that secures the claim:** | $_____ | $_____ | $_____ |
|---|---|---|---|---|

Number _____ Street

_____

City _____ State _____ ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 1

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Shanise Renee Thompson |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: Northern District of Illinois | |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____
Number       Street

_____

_____
City       State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____  $_____  $_____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

_____
Priority Creditor's Name

_____
Number       Street

_____

_____
City       State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____  $_____  $_____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    Shanise   Renee   Thompson
    First Name    Middle Name    Last Name    Case number (if known)_____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

### 4.1 Dept of ED/Nelnet
Nonpriority Creditor's Name

**3015 Parker Rd 400**
Number    Street

Aurora       CO    80014
City       State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6   7   4   4    $   20,040.00

When was the debt incurred?   12/01/2010

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

### 4.2 Capital One
Nonpriority Creditor's Name

**PO BOX 30253**
Number    Street

Salt Lake City       UT    84130
City       State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6   7   4   4    $   1,200.00

When was the debt incurred?   07/05/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

### 4.3 Enhanced Recovery Company
Nonpriority Creditor's Name

**PO BOX 57547**
Number    Street

Jacksonville       FL    32241
City       State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6   7   4   4    $   686.00

When was the debt incurred?   11/08/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Collection Acct (AT&T)

Debtor 1    Shanise  Renee  Thompson
            First Name   Middle Name   Last Name

Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.4**

Komatte & Casbon PC
Nonpriority Creditor's Name

9650 Gordon Dr
Number        Street

Highland                              IN         46322
City                                  State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4        $  50.00

When was the debt incurred?  02/03/2014

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection(Suk S Lee MD)

---

**4.5**

A R Concepts Inc
Nonpriority Creditor's Name

183 E Dundee Rd 330
Number        Street

Barrington                           IL         60010
City                                  State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4        $  200.00

When was the debt incurred?  08/26/2014

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Village of Westchester

---

**4.6**

Enhanced Recovery Company
Nonpriority Creditor's Name

PO BOX 57547
Number        Street

Jacksonville                         FL         32241
City                                  State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4        $  1,075.00

When was the debt incurred?  05/04/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Sprint

---

Debtor 1    Shanise  Renee  Thompson
    First Name    Middle Name    Last Name    Case number *(if known)*_____

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7**

Credit Management LP
Nonpriority Creditor's Name

4200 International PY
Number    Street

Carrollton    TX    75007
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4

When was the debt incurred?  06/11/2011

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Wide Open West Settlement

$  287.00

---

**4.8**

The CBE Group Inc-Former
Nonpriority Creditor's Name

131 Tower Park Drive Suite 100, PO BOX 900
Number    Street

Waterloo    IA    50704
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4

When was the debt incurred?  11/29/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Comcast

$  865.00

---

**4.9**

Enhanced Recovery Company
Nonpriority Creditor's Name

PO BOX 57547
Number    Street

Jacksonville    FL    32241
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4

When was the debt incurred?  09/11/2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  T-Mobile

$  366.00

---

Debtor 1    Shanise  Renee  Thompson
First Name    Middle Name    Last Name

Case number *(if known)*_____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**5.1**

**CommonWealth Finance**
Nonpriority Creditor's Name

**245 Main St**
Number    Street

**Scranton**            **PA**    **18519**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4        $ 2,343.00

**When was the debt incurred?**  07/08/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Crandon Emergency Phys.

**5.2**

**JVDB Associates**
Nonpriority Creditor's Name

**PO BOX 5718**
Number    Street

**Elgin**            **IL**    **60121**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4        $ 4,389.00

**When was the debt incurred?**  05/28/2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Turner Acceptance

**5.3**

**Advocate Medical Group**
Nonpriority Creditor's Name

**75 Remittance Dr Suite 1019**
Number    Street

**Jacksonville**            **FL**    **32241**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8  1  5  1        $ 474.00

**When was the debt incurred?**  04/26/2013

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

Debtor 1 ___Shanise___ ___Renee___ ___Thompson___
      First Name     Middle Name    Last Name

Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**5.4**

General Revenue Corporation
Nonpriority Creditor's Name

PO BOX 495999
Number    Street

Cincinnati       OH    45249
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9  5  0  1

When was the debt incurred?  11/02/2012

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Chicago State University

$  570.00

---

**5.5**

TCF Bank
Nonpriority Creditor's Name

15350 Cedar Ave
Number    Street

Apple Valley      MN    55124
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  6  7  4  4

When was the debt incurred?  03/03/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Banking

$ 3,500.00

---

**5.6**

South Shore Hospital
Nonpriority Creditor's Name

8012 Crandon Ave
Number    Street

Chicago      IL    60617
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  6  7  4  4

When was the debt incurred?  03/03/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical

$ 7,600.00

Debtor 1   __Shanise__ __Renee__ __Thompson__                    Case number (if known)_____
             First Name   Middle Name   Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**5.7**

City of Chicago EMS
_____
Nonpriority Creditor's Name

33589 Treasury Ctr
_____
Number        Street

Chicago                IL        60694
_____
City                 State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5   0   4   8       $ 12,000.00

When was the debt incurred?  04/26/2013

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

---

**5.8**

Arnold Scott Harris, P.C.
_____
Nonpriority Creditor's Name

111 West Jackson Boulevard, Suite 600
_____
Number        Street

Chicago                IL        60604
_____
City                 State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6   7   4   4       $ 732.00

When was the debt incurred?  09/24/2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  City of Chicago

---

**5.9**

Illinois Tollway
_____
Nonpriority Creditor's Name

2700 Ogden Ave
_____
Number        Street

Downers Grove          IL        60515
_____
City                 State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6   7   4   4       $ 87.00

When was the debt incurred?  03/03/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Tolls

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ___

Debtor 1   Shanise  Renee  Thompson
First Name   Middle Name   Last Name

Case number (if known)_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |

---

**6.1**

Mile Square Health Center
Nonpriority Creditor's Name

7724 Solution Center
Number    Street

Chicago                    IL        60694
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  6   7   4   4

**When was the debt incurred?**  09/02/2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Medical

$   386.00

---

**6.2**

Oaklawn Radiology Imaging Consultants Advocate C
Nonpriority Creditor's Name

37241 Eagle Way
Number    Street

Chicago                    IL        60678
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  7   9   3   7

**When was the debt incurred?**  04/26/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Medical

$   619.00

---

**6.3**

South Shore Radiologists
Nonpriority Creditor's Name

PO BOX 701
Number    Street

Lansing                    IL        60438
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  6   7   4   4

**When was the debt incurred?**  03/09/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Medical

$   50.00

---

Debtor 1    Shanise   Renee   Thompson
First Name    Middle Name    Last Name    Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
| --- | --- |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**6.4**

University of Illinois Hospital
Nonpriority Creditor's Name

7705 Solution Center
Number      Street

Chicago                    IL      60677
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1   3   2   7        $   150.00

When was the debt incurred?   12/13/2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical

---

**6.5**

City of Chicago Department of Finance
Nonpriority Creditor's Name

PO BOX 4641
Number      Street

Chicago                    IL      60680
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6   7   4   4        $  5,000.00

When was the debt incurred?   03/03/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Tickets

---

**6.6**

Secretary of State
Nonpriority Creditor's Name

2701 S, Dirksen Parkway
Number      Street

Springfield                IL      62723
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6   7   4   4        $   100.00

When was the debt incurred?   11/07/2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Notice of Suspensionl

---

Debtor 1    Shanise  Renee  Thompson
First Name    Middle Name    Last Name

Case number *(if known)*_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**6.7**

Jackson Park Hospital
Nonpriority Creditor's Name

7531 S Stony Island Ave
Number    Street

Chicago                    IL        60649
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4        $ 1,200.00

**When was the debt incurred?**  03/03/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

---

**6.8**

WOW cable
Nonpriority Creditor's Name

PO BOX 4350
Number    Street

Carol Stream              IL        60197
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4        $ 684.00

**When was the debt incurred?**  03/03/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Cable

---

**6.9**

CitiBank
Nonpriority Creditor's Name

PO BOX 9001037
Number    Street

Louisville                KY        40290
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4        $ 584.00

**When was the debt incurred?**  03/03/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

---

Debtor 1 _____Shanise___ _Renee_ __Thompson___  Case number (if known)_____
             First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**7.1**

AcceptanceNow
Nonpriority Creditor's Name

5501 Headquarters Dr
Number      Street

Plano                              TX      75024
City                               State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4     $ 4,381.00

When was the debt incurred?  05/29/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Account

---

**7.2**

Turner Acceptance
Nonpriority Creditor's Name

5900 W Howard St
Number      Street

Carol Stream                       IL      60197
City                               State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4     $ 8,000.00

When was the debt incurred?  11/15/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Automobile

---

**7.3**

Xfinity Cable
Nonpriority Creditor's Name

PO BOX 3002
Number      Street

Southeastern                       PA      19398
City                               State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  7  4  4     $ 2,000.00

When was the debt incurred?  03/03/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Cable

---

Debtor 1    Shanise          Renee          Thompson
            First Name    Middle Name    Last Name
                                                        Case number (if known)_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**7.4**  Chicago State University
Nonpriority Creditor's Name

9501 S King Dr
Number        Street

Chicago                              IL          60628
City                            State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  6  7  4  4        $ 849.00

When was the debt incurred?  03/03/2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Education

---

**7.5**  Olive Harvey College
Nonpriority Creditor's Name

10001 S Woodlawn Ave
Number        Street

Chicago                              IL          60628
City                            State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  6  7  4  4        $ 2,000.00

When was the debt incurred?  03/03/2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Education

---

**7.6**  University of Illinois Hospital
Nonpriority Creditor's Name

1740 W. Taylor Street
Number        Street

Chicago                              IL          60612
City                            State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  6  7  4  4        $ 898.00

When was the debt incurred?  03/03/2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical

---

Debtor 1    Shanise        Renee        Thompson
            First Name     Middle Name  Last Name                        Case number (if known)_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

| | | | |
|---|---|---|---|
| 6a. Domestic support obligations | 6a. | $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claim**

Total claims from Part 2

| | | | |
|---|---|---|---|
| 6f. Student loans | 6f. | $ | 20,040.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 63,325.00 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ | 83,365.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Shanise | Renee | Thompson |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Jeffery SE, LLC | Apartment rental lease |
| | Name | |
| | P.O. Box 46147 | |
| | Number      Street | |
| | Chicago          IL          60646 | |
| | City                State      ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number      Street | |
| | City                State      ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number      Street | |
| | City                State      ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number      Street | |
| | City                State      ZIP Code | |
| 2.5 | | |
| | Name | |
| | Number      Street | |
| | City                State      ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1        Shanise Renee   Thompson
                First Name    Middle Name           Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name           Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)  _____

☐ Check if this is an
   amended filing

# Official Form 106H

# Schedule H: Your Codebtors                                              12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number       Street

      _____
      City                    State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.*

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State       ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State       ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State       ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1      Shanise            Renee              Thompson
              First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name      Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:
   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | CNA | |
| | **Employer's name** | South Loop Skilled Nursing Facili | |
| | **Employer's address** | 1725 S Wabash<br>Number   Street | Number   Street |
| | | Chicago          IL      60616<br>City          State   ZIP Code | City          State   ZIP Code |
| | **How long employed there?** | 1month | 1month |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $  946.00 | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $  0.00 | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $  946.00 | $_____ |

Debtor 1    Shanise      Renee      Thompson         Case number _(if known)_____
       First Name      Middle Name      Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.......................................................➔ | 4. | $ 946.00 | $_____ |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 110.00 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $_____ | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | +$_____ | +$_____ |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 110.00 | $_____ |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 836.00 | $_____ |
| **8. List all other income regularly received:** | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____ | $_____ |
| 8b. Interest and dividends | 8b. | $_____ | $_____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. Unemployment compensation | 8d. | $_____ | $_____ |
| 8e. Social Security | 8e. | $_____ | $_____ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Foodstamps | 8f. | $ 357.00 | $_____ |
| 8g. Pension or retirement income | 8g. | $_____ | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. | +$_____ | +$_____ |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 357.00 | $_____ |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,193.00 + | $_____ = $ 1,193.00 |

**11. State all other regular contributions to the expenses that you list in** _Schedule J._
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J._
Specify: Foodstamps                              11. +$_____

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the _Summary of Your Assets and Liabilities and Certain Statistical Information,_ if it applies      12. $ 1,193.00
                                                                     Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1   Shanise   Renee   Thompson
           First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**       ☐ No

   Do not list Debtor 1 and       ☑ Yes. Fill out this information for
   Debtor 2.                       each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 2 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include**       ☑ No
   **expenses of people other than**   ☐ Yes
   **yourself and your dependents?**

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 15.00 |
|  | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ |
| 4d. | Homeowner's association or condominium dues | 4d. $ |

Debtor 1    Shanise    Renee    Thompson    Case number (if known)_____
_____
First Name    Middle Name    Last Name

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $_____

6. **Utilities:**

   6a.  Electricity, heat, natural gas    6a.    $_____ 125.00

   6b.  Water, sewer, garbage collection    6b.    $_____

   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.    $_____ 60.00

   6d.  Other. Specify: _____    6d.    $_____

7. **Food and housekeeping supplies**    7.    $_____ 450.00

8. **Childcare and children's education costs**    8.    $_____

9. **Clothing, laundry, and dry cleaning**    9.    $_____ 100.00

10. **Personal care products and services**    10.    $_____ 150.00

11. **Medical and dental expenses**    11.    $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $_____ 120.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $_____ 100.00

14. **Charitable contributions and religious donations**    14.    $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance    15a.    $_____

   15b.  Health insurance    15b.    $_____

   15c.  Vehicle insurance    15c.    $_____

   15d.  Other insurance. Specify:_____    15d.    $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.    $_____

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1    17a.    $_____

   17b.  Car payments for Vehicle 2    17b.    $_____

   17c.  Other. Specify:_____    17c.    $_____

   17d.  Other. Specify:_____    17d.    $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

   20a.  Mortgages on other property    20a.    $_____

   20b.  Real estate taxes    20b.    $_____

   20c.  Property, homeowner's, or renter's insurance    20c.    $_____

   20d.  Maintenance, repair, and upkeep expenses    20d.    $_____

   20e.  Homeowner's association or condominium dues    20e.    $_____

Debtor 1    Shanise        Renee        Thompson
          First Name      Middle Name      Last Name

Case number (if known)_____

21. **Other**. Specify: _____    21.    +$_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    $_____1,120.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $_____0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $_____1,120.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $_____1,193.00

    23b. Copy your monthly expenses from line 22c above.    23b.    −$_____1,120.00

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*    23c.    $_____73.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    Shanise  Renee  Thompson
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(If known)    _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____          X _____
Signature of Debtor 1                              Signature of Debtor 2

Date 03 07 2017                                    Date _____
     MM / DD / YYYY                                     MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1        Shanise        Renee        Thompson
                First Name      Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name  Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(if known)     _____

☐ Check if this is an
   amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number     Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State   ZIP Code | | _____ City          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number     Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State   ZIP Code | | _____ City          State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

Debtor 1   Shanise      Renee      Thompson
           First Name   Middle Name   Last Name

Case number (if known)_____

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 473.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2016)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 9,300.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 12,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $_____<br>$_____ | _____ | $_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2016)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

| Debtor 1 | Shanise | Renee | Thompson | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name _____<br><br>Number   Street _____<br><br>_____<br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name _____<br><br>Number   Street _____<br><br>_____<br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name _____<br><br>Number   Street _____<br><br>_____<br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    **Shanise**          **Renee**         **Thompson**
     First Name       Middle Name       Last Name                 Case number *(if known)*_____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br><br>Number    Street<br><br><br>City          State    ZIP Code | _____ | $_____ | $_____ | |
| Insider's Name<br><br>Number    Street<br><br><br>City          State    ZIP Code | _____ | $_____ | $_____ | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br><br>Number    Street<br><br><br>City          State    ZIP Code | _____ | $_____ | $_____ | |
| Insider's Name<br><br>Number    Street<br><br><br>City          State    ZIP Code | _____ | $_____ | $_____ | |

| Debtor 1 | Shanise | Renee | Thompson | | Case number *(if known)*_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ | | Court Name_____ | ☐ Pending |
| _____ | | | ☐ On appeal |
| | | Number    Street_____ | ☐ Concluded |
| Case number_____ | | | |
| | | City         State    ZIP Code | |
| Case title_____ | | Court Name_____ | ☐ Pending |
| _____ | | | ☐ On appeal |
| | | Number    Street_____ | ☐ Concluded |
| Case number_____ | | | |
| | | City         State    ZIP Code | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name_____ | | | $_____ |
| Number    Street_____ | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| _____ | ☐ Property was foreclosed. | | |
| City         State    ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |
| | Describe the property | Date | Value of the property |
| Creditor's Name_____ | | | $_____ |
| Number    Street_____ | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| _____ | ☐ Property was foreclosed. | | |
| City         State    ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

---

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 5

Debtor 1  Shanise      Renee       Thompson
          First Name   Middle Name  Last Name

Case number (if known)_____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | _____ | $_____ |
| | | | |
| City              State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City              State   ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City              State   ZIP Code | | | |
| Person's relationship to you  _____ | | | |

Debtor 1  Shanise       Renee       Thompson
          First Name    Middle Name  Last Name                    Case number (if known)_____

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| | | | |
| City    State    ZIP Code | | | |

---

### Part 6:  List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

### Part 7:  List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| | | | |
| City           State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

---

Debtor 1    Shanise    Renee    Thompson    Case number (if known)_____
First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $_____ |
| Number    Street | | | |
| | | | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $_____ |
| Number    Street | | | |
| | | | $_____ |
| City    State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1   Shanise ___ Renee ___ Thompson ___   Case number (if known)_____
          First Name   Middle Name   Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____<br>Number   Street _____<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br>Number   Street _____<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br>Number   Street _____<br>_____<br>City   State   ZIP Code | Name _____<br>Number   Street _____<br>_____<br>City   State   ZIP Code | | ☐ No<br>☐ Yes |

| Debtor 1 | Shanise | Renee | Thompson | | Case number (if known)_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ **No**
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number   Street | Number   Street | | |
| City          State   ZIP Code | City State  ZIP Code | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ **No**
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ **No**
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

Debtor 1  Shanise       Renee        Thompson                          Case number (if known)_____
          First Name    Middle Name  Last Name

**26.** Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number  Street | Number  Street | | |
| City        State    ZIP Code | City       State   ZIP Code | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number  Street | | ☐ Concluded |
| Case number | City       State   ZIP Code | | |

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City       State    ZIP Code | | From _____ To _____ |

| | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City       State    ZIP Code | | From _____ To _____ |

Debtor 1   **Shanise     Renee     Thompson**                Case number (if known)_____
      First Name    Middle Name    Last Name

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| _____ | | Do not include Social Security number or ITIN. |
| Number   Street | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| _____ | Name of accountant or bookkeeper | Dates business existed |
| _____ | | |
| City          State     ZIP Code | | From _____ To _____ |

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

                                      Date issued

_____
Name                          MM / DD / YYYY

_____
Number   Street

_____

_____
City          State     ZIP Code

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____          ✗ _____
Signature of Debtor 1                           Signature of Debtor 2

Date 03-07-2017                     Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1      Shanise        Renee          Thompson
_____
First Name      Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

| Debtor 1 | Shanise | Renee | Thompson | | Case number (*if known*)_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**  **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Jeffery SE, LLC | ☐ No |
| | ☑ Yes |
| Description of leased property: Apartment rental | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

---

**Part 3:**  **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _____  ✗ _____
Signature of Debtor 1          Signature of Debtor 2

Date 03 / 07 / 2017            Date _____
     MM / DD / YYYY                  MM / DD / YYYY

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2

S503200387

# NOTICE OF SUSPENSION
## Mandatory Insurance Division
## Office of the Secretary of State
## State Of Illinois



DL NUMBER: T512-7969-2835

SHANISE R THOMPSON
7917 S LUELLA AVE
CHICAGO IL 60617-1149

PLATE NO: E152838
VIN: 2G2WR524941281050
MAKE: PONTIAC    YR: 04
OFFICE USE

## NOTICE OF LICENSE PLATE SUSPENSION
## FOR FAILURE TO COMPLY WITH MANDATORY VEHICLE INSURANCE LAWS

You are hereby notified that the vehicle registration identified above is suspended for failure to comply with mandatory vehicle liabilty insurance laws (625 ILCS 5/3-707) beginning 12:01 a.m. on the effective date printed below.

Effective date of registration suspension  . . . . . . . . .

| FEBRUARY 17, 2015 |
|---|

Earliest date eligible to end suspension  . . . . . . . .

| FEBRUARY 17, 2015 |
|---|

Fee required to end suspension  . . . . . . . . . . . . .

| $100.00 |
|---|

**IMPORTANT:  EVIDENCE OF INSURANCE MUST ACCOMPANY FEE.  SEE REVERSE SIDE FOR REINSTATEMENT INSTRUCTIONS.**

The suspension is the result of the following action:

| COURT CONVICTION |
|---|
| |

| DATE OF OFFENSE | NAME OF OPERATOR | DATE OF CONVICTION |
|---|---|---|
| 11/07/14 | KENNETH I JONES | 01/13/15 |

| TRAFFIC VIOLATION | TICKET/ CASE NO. | REPORTING COURT/STATE |
|---|---|---|
| 3-707 | 38365789 | COOK - 5TH |

E152838
T15-032-385A

The vehicle registration suspension is authorized by the Director of the Vehicle Services Department, Office of the Secretary of State.
(Form MI_SU_DOC01 - Rev. 08/01/2012)

# UNIVERSITY OF ILLINOIS
### Hospital & Health Sciences System
Changing medicine. For good.

Patient Accounts
PO Box 12199
Chicago, IL 60612-0199

## *Important Message*

TO PREVENT YOUR ACCOUNT FROM GOING TO A
COLLECTION AGENCY, SEND A PAYMENT TODAY OR CALL
US TO ESTABLISH AN APPROPRIATE PAYMENT PLAN.

The charges reflected on this statement are related to the
hospital and/or some physicians. You may receive a separate
bill from additional physicians involved in your care.

THE13E 100347623

SHANISE THOMPSON
7917 S LUELLA AVE
CHICAGO, IL 60617-1149

• A $30.00 fee will be assessed for checks returned from the bank.

## *Account Summary*

| | |
|---|---|
| Guarantor Number | |
| Statement Date | 01/13/15 |
| Billing Period | 12/13/14 - 01/12/15 |
| Account Balance Last Statement | $ 150.00 |
| New Charges/Adjustments | $ 0.00 |
| New Payments/Credits | $ 0.00 |
| Insurance Payments/Adjustments | $ 0.00 |
| Contested Amounts | $ 0.00 |
| Current Account Balances | $ 150.00 |
| Insurance Due | $ 0.00 |
| Amount You Now Owe | $ 150.00 |

See detail on back →

### DID YOU KNOW...

We have a New and Improved Web site unveiled at
www.Hospital.uillinois.edu.

Learn more about the University of Illinois Hospital & Health
Sciences System by visiting our new and improved Web site. If you
are seeking a directory of services, details on a particular condition,
or to identify a physician by way of our new "Find a Doctor" patient
tool, you will find a wealth of knowledge in the comfort of your home.
The redesigned site is streamlined and more user-friendly for our
visitors.

## *For Your Information*

### Payment Policy
In order for University of Illinois Hospital & Health Sciences
System to have financial resources to serve the community
healthcare needs, payment in full is expected within 30
days of the statement date.

**Minimum Monthly Payment Plan** - Interest free payment
plans are available. Please contact us for more
information.

**Financial Assistance** - Available to eligible persons who
have no insurance, do not qualify for government
programs, or cannot afford to pay for their healthcare.
Uninsured patients meeting certain income requirements
may qualify for an uninsured discount. Please contact us
for more information.

## *Contact Us*

Billing questions or changes in insurance coverage?
**Phone:** (312) 996-1000, 8:30 am to 4:30 pm, Mon-Fri.

¿Se Habla Español? Para preguntas respecto a su saldo
de cuenta por favor llame al (312) 996-1000.



**Online Billing Manager**, 24 hours per day,
7 days per week **www.Hospital.uillinois.edu.**
A simple and easy way to access your updated
account information, answer questions and pay
your accounts online.

*Please Note: Your physician may bill separately for their professional services.*

---

# UNIVERSITY OF ILLINOIS
### Hospital & Health Sciences System
Changing medicine. For good.

Statement Date: 01/13/15

• Make checks payable to University of Illinois Hospital
& Health Sciences System.
• Please include your Guarantor No. on your check.
• Enclose this payment stub with your payment.

**University of Illinois Hospital**
**7705 Solution Center**
**Chicago IL  60677-7007**

|ı|||•ıı|||••ı|||•ıı••ıııı||•••|••ıı|••|ı•|•|||||ıı•ı|ıı||•

3808913270000000000000000150001

| Guarantor Name | Account Number |
|---|---|
| SHANISE THOMPSON | 380891327 |

| Amount Due | Amount I Am Paying |
|---|---|
| $ 150.00 | $ |

☐ *Check here if your address or insurance information has changed.*
*Please indicate changes on the back of this page.*

To pay by credit card:  For your convenience, you may pay by Visa,
MasterCard, or Discover.  Please indicate your credit card preference,
provide the account information, and sign below.

☐ VISA      ☐ MasterCard      ☐ Discover

Account No. _____

Card Holders Name _____

Expiration Date _____

Signature X _____

UICSTM01-PAY-STUB

**SOUTH SHORE RADIOLOGISTS**
PO BOX 701
LANSING, IL  60438

(866)322-7042

| Statement Date | Chart Number | Page |
|---|---|---|
| 05/31/2013 | ~~HOSH015~~ | 1 |

| Make Checks Payable To: |
|---|
| **SOUTH SHORE RADIOLOGISTS**<br>PO BOX 701<br>LANSING, IL  60438<br><br>(866)322-7042 |

SHANISE THOMPSON
7917 S LUELLA AVE
CHICAGO, IL 60617

|  | Previous Balance: | 0.00 |
|---|---|---|

Patient:  SHANISE THOMPSON    Chart Number ~~HOSH015~~
Xray Reading South Shore Hospital    Date of Last Payment:    Amount: 0.00

| Dates | Procedure | Charge | | Paid By Guarantor | Adjustments | Remainder |
|---|---|---|---|---|---|---|
| 03/09/13 | 71020 | 50.00 | | | 0.00 | 50.00 |

PROMPT PAYMENT
WILL AVOID
COLLECTION

FINAL
NOTICE

| Amount Due |
|---|
| 50.00 |

OAKLAWN RADIOLOGY IMAGING CONSULTANTS - ADVOCATE C
37241 EAGLE WAY
CHICAGO,IL 60678-0000

PAY ONLINE AT www.mbo-trs.com

| STATEMENT DATE | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|
| 06/10/13 | | $619.15 |

***********************AUTO**3-DIGIT 606
SHANISE THOMPSON                    T39  P1
7917 S LUELLA AVE
CHICAGO IL 60617-1149

OAKLAWN RADIOLOGY IMAGING CONSULTANTS - ADVOCATE C
37241 EAGLE WAY
CHICAGO,IL 60678-0000

OFFICE HOURS: 8:00AM - 4:30PM MON-FRI

To avoid unnecessary calls please provide us with your Email address: _____. Visit our website at www.mbo-trs.com for easier payment options or to provide us with additional information.

SHOW AMOUNT PAID HERE  $

Please detach & return the top portion of this statement with your remittance to ensure proper credit

| DATE | DOCTOR | DESCRIPTION | CHARGES | PAYMENTS | ADJUSTMENTS | AMOUNT DUE |
|---|---|---|---|---|---|---|
| Provider: | JOEL BENVENISTE | LOC: CHRIST HOSP-ER | | | | |
| Patient Name: | SHANISE THOMPSON | PAT#126-17727937 | | | | |
| | | ------CHARGES------ | | | | |
| 04/26/13 | | WRIST XRAY | $41.99 | | | |
| 04/26/13 | | SINGLE VIEW CHEST | $43.65 | | | |
| 04/26/13 | | CHEST W/O CONTRAST,FOLLOWED BY CONTRAST MATERIAL AND FURTHER SECTIONS | $467.51 | | | |
| 04/26/13 | | HAND | $35.00 | | | |
| | | TOTAL CHARGES: | $588.15 | | | |
| | | ------TRANSACTIONS------ | | | | |
| | | TOTAL AMOUNT DUE: | | | | $588.15 |
| Provider: | SHAHEEN UMAR | LOC: CHRIST HOSP-ER | | | | |
| Patient Name: | SHANISE THOMPSON | PAT#126-17727937 | | | | |
| | | ------CHARGES------ | | | | |
| 04/26/13 | | ELBOW;2 VIEWS | $31.00 | | | |
| | | TOTAL CHARGES: | $31.00 | | | |
| | | ------TRANSACTIONS------ | | | | |
| | | TOTAL AMOUNT DUE: | | | | $31.00 |

| PATIENT NAME | ACCOUNT NUMBER | CURRENT PATIENT BALANCE | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| Shanise Thompson | | $619.15 | $619.15 |

PAYMENTS AND CHARGES RECEIVED AFTER STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT.

PAY ONLINE AT www.mbo-trs.com

MESSAGES

**Mile Square** HEALTH CENTER
1220 South Wood Street
Chicago, IL 60608-3407

## *Important Message*

The remaining balance is your responsibility and now due. Please contact your insurance company directly if you have questions concerning their payments. If you cannot make payment in full at this time, please call the number below to make payment arrangements. Thank you.

• A $30.00 fee will be assessed for checks returned from the bank.

THE13F 84039906

SHANISE THOMPSON
7917 S LUELLA AVE
CHICAGO, IL 60617-1149

## Account Summary

| | |
|---|---|
| Guarantor Number | 080891327 |
| Statement Date | 11/07/14 |
| Billing Period | 10/07/14 - 11/06/14 |
| Account Balance Last Statement | $ 302.94 |
| New Charges/Adjustments | $ 178.00 |
| New Payments/Credits | $ 0.00 |
| Insurance Payments/Adjustments | $ -272.94 |
| Contested Amounts | $ 0.00 |
| Current Account Balances | $ 208.00 |
| Insurance Due | $ 0.00 |
| Amount You Now Owe | $ 208.00 |

**See detail on back** ✏

## DID YOU KNOW...

Heart Disease is the leading cause of death in the U.S. for both men and women. This year 1.5 million Americans will have a heart attack - almost half under the age of 65 - and about 500,000 will die. Are you at risk? Find out by completing the University of Illinois Medical Center Heart Risk Assessment.

For your free copy, call 1-800-UIC-1002.

## For Your Information

**Payment Policy**
In order for Mile Square Health Center to have financial resources to serve the community healthcare needs, payment in full is expected within 30 days of the statement date.

**Minimum Monthly Payment Plan** - Interest free financing is available through the hospital with a minimum monthly payment of 10% of the account balance for balances greater than $250.00 and $25.00 per month for balances under $250.00.

**Financial Assistance** - Available to eligible persons who have no insurance, do not qualify for government programs, or cannot afford to pay for their healthcare. Please contact us for more information.

## Contact Us

Billing questions or changes in insurance coverage?
**Phone:** (312) 413-8400, 8:30 am to 4:30 pm, Mon-Fri.

¿Se Habla Español? Para preguntas respecto a su saldo de cuenta por favor llame al (312) 413-8400.



**Mile Square** HEALTH CENTER
1220 South Wood Street
Chicago, IL 60608-3407

Statement Date: 11/07/14

• Make checks payable to **Mile Square Health Center**.
• Include Account Number on your check.
• Enclose this payment stub with your payment.

**Mile Square Health Center**
7724 Solution Center
Chicago, IL 60677-7007

| Guarantor Name | Account Number |
|---|---|
| SHANISE THOMPSON | 080891327 |
| **Amount Due** | **Amount I Am Paying** |
| $ 208.00 | $ |

☐ Check here if your address or insurance information has changed. Please indicate changes on the back of this page.

**To pay by credit card:** For your convenience, you may pay by Visa, MasterCard, or Discover. Please indicate your credit card preference, provide the account information and sign below.

☐ VISA    ☐ MasterCard    ☐

Account No. _____

Card Holders Name _____

Expiration Date _____

Signature X _____

0808913270000000000000000020800 0

UIC04

**Detail Account Activity - Billing Period 10/07/14 - 11/06/14 (Continued)**    Page 3 of 3

## ACCOUNT(S) WITH PATIENT BALANCE DUE (CONTINUED)

### Patient: SHANISE THOMPSON     Acco████████████████     Service Date 09/02/14

| Date | Description of Current Activity | | Amount |
|---|---|---|---|
| 10/21/14 | MEDICAID PAYMENT | | $ -136.47 |
| | ILLINOIS MEDICAID | SERVICE ON 09/02/14 | |

| Summary | Amount |
|---|---|
| Type of Service | UNKNOWN TYPE OF SERVICE ' |
| Previous Balance | $ 136.47 |
| Current Account Balance | $ 0.00 |
| Estimated Insurance Due | $ 0.00 |
| Patient Amount Due | $ 0.00 |

### Patient: GIANCARLO FIGARO     Acco████████████████     Service Date 10/20/14

| Summary | Amount |
|---|---|
| Type of Service | UNKNOWN TYPE OF SERVICE ' |
| Current Account Balance | $ 178.00 |
| Estimated Insurance Due | $ 0.00 |
| Patient Amount Due | $ 178.00 |

## Illinois Tollway
## Notice of Toll Violation
**Payments: By Phone, mail or online at www.illinoistollway.com**
**1-800-824-7277 / 1-630-241-7302 - T.D.D.**
**Hours: Monday-Friday, 6:00a.m. - 10:00p.m./ Saturday-Sunday, 8:00a.m. - 5:00p.m.**

Respondent(s):

SHANISE R THOMPSON
7917 S LUELLA AVE
CHICAGO, IL 60617-1149



718360208

| | |
|---|---|
| Notice Number: | VN143361352 |
| License Plate/Type: | E152838 (IL) - PAS |
| Issue Date: | December 08, 2014 |
| Due Date: | January 07, 2015 |
| Amount Due: | $86.60 |

Your vehicle has been recorded by the Illinois Tollway's violation enforcement camera system for non-payment of the proper tolls. Within 30 days of the issue date of this notice you must either: pay the total amount due or request a hearing to contest the violations. If you had a valid I-PASS account in good standing, at the time of these violations, you do not need to schedule a hearing. The photo in the upper right corner of this page is representative of one of the alleged violation occurrences. Photos & documentation of all occurrences are available for inspection (see additional information below ).

Section 10/10(a-5) of The Illinois Toll Highway Act and sections 2520.269(e) and 2520.750 of the Illinois Administrative Code authorizes The Illinois Tollway to adjudicate toll evasion violations administratively and assess a mandatory fine of $20.00 per violation against the registered owner of a vehicle that has been recorded as failing to pay the proper toll.

Failure to respond to this notice within 30 days shall be deemed as an admission of liability and a waiver of your right to a hearing and shall result in a Final Order of Liability being issued against you, by default, for the total amount due. Failure to satisfy any fines or penalties within 30 days after the entry of a Final Order of Liability, resulting by default or contest, shall result in an additional fine of $50.00 per liable violation. Failure to satisfy any fines or penalties after the entry of a Final Order(s) of Liability for 5 or more violations shall result in the Tollway petitioning the Secretary of State for suspension of your vehicle registration and/or driver's license and possible forwarding of this matter to a private agency or law firm for collection action.

**I-PASS PATRONS:** You may have received this notice if your account is not up to date with all current vehicle information. **YOU DO NOT NEED TO SCHEDULE A HEARING.** Call 1-800-824-7277 / 1-630-241-7302 - T.D.D. and a representative will assist you. Please have your I-PASS account number, notice number and license plate number available when you call.

Additional Information:
HEARING/EVIDENCE REVIEW: The purpose of a hearing is solely to determine whether or not a violation has occurred. The hearing officer does not have the legal authority to negotiate, waive or lessen the mandatory fine amount, extend the mandatory payment period or grant a payment plan.

Toll evasion is a public, strict liability and vicarious liability violation. Therefore the following are not legal defenses or mitigating factors under Illinois law: (1) the violation notice wasn't mailed sooner, (2) the driver did not intend to miss the payment or go through an I-PASS lane; or (3) someone else was driving the vehicle. This notice may not be inclusive of all violation events for this license plate either prior or subsequent to the dates in this notice.

If you wish to contest these violations or review all photos and documentation prior to a hearing please call 1-800-824-7277 / 1-630-241-7302 - T.D.D. to schedule a hearing and/or an evidence package review. Please have your name and license plate number available when you call. You may also use the coupon below to make your request via U.S. mail.

DISPUTES: Sold vehicles, stolen vehicles or license plates, or commercial leased/rented vehicles please call 1-800-824-7277 / 1-630-241-7302 - T.D.D..

%-------------------------------------------------------------------------------

**Return Coupon with your Payment Or Hearing Request To: Illinois Tollway, P.O. Box 5544, Chicago, IL 60680-5544**

Respondent(s):
SHANISE R THOMPSON
7917 S LUELLA AVE
CHICAGO, IL 60617-1149

☐ Please Schedule a Hearing.
Notice Number:
Amount Due:     $86.60

Make Cashiers Check or Money Order Payable to: The Illinois Tollway
_____ Amex _____ Visa _____ MasterCard _____ Discover
Credit Card #: _____ Exp. Date: _____
Billing Address of Card if different than address on notice: _____

Payment Amount: _____
Plate #: E152838 (IL) - PAS
Name on Card: _____

ARNOLD SCOTT HARRIS, P.C.
Attorneys At Law
P.O. Box 5625
Chicago, IL 60680-5625

ARNOLD SCOTT HARRIS, P.C.
**Attorneys At Law**
**312-604-7130**

September 23, 2014

City of Chicago  $732.00
Make check payable to the City of Chicago.

Remit Payment to:

0002163/0008

Shanise Thompson
7917 S Luella Ave
Chicago, IL 60617-1149

**ARNOLD SCOTT HARRIS, P.C.**
**Attorneys At Law**
**111 West Jackson Boulevard, Suite 600**
**Chicago, IL 60604**

See reverse side to remit your payment by credit card.                    *** Detach and Return with Payment ***

# NOTICE OF ATTORNEY REFERRAL

| City of Chicago - Department of Revenue  Parking Violation(s): 02 violations | Amount Due: $732.00 |
|---|---|

Dear Shanise Thompson,

Be advised that this law firm has been retained by The City of Chicago to collect your unpaid parking ticket(s)  The City of Chicago may consider proceeding with one or more of the actions listed below. To avoid the possibility of any of the below listed actions, please pay this debt in full at once.

## 1. ADMINISTRATIVE JUDGMENT

As you may know, an administrative judgment has been entered against you. Although post judgment proceedings are not being considered at this time, you should understand that our firm, on behalf of the City, has the right to exercise the below remedies and may commence these actions against you in the future.  Please pay the balance in full at once.

- **Garnishment of your wages.**
- **Attachment of your bank account.**
- **Filing a judgment lien against your property.**

## 2. BOOT ELIGIBILITY:

(If you have 3 or more tickets or more than one ticket greater than one year old.  See reverse side for additional information.)

## 3. IMPOUNDMENT OF YOUR VEHICLE:   Any vehicle you own.

(24 hours after being booted.  See reverse side for additional information.)

## 4. DRIVER'S LICENSE SUSPENSION:   Licensee: Shanise Thompson

(If you have 10 or more tickets.  See reverse side for additional information.)

**Pay on-line by check or credit card: WWW.PAYTICKETNOW.COM, or CONTACT US AT 312-604-7130**

| Descriptions | Amount | Violation Date | Violation Location | Vehicle Make | Violation # |
|---|---|---|---|---|---|
| PARK OR STAND IN BUS/TAXI | 244.00 | 02-05-14 | 2610 E 79TH ST | PONT | 0063698402 |
| NO CITY STICKER VEHICLE U | 488.00 | 03-17-14 | 7917 S LUELLA | PONT | 9185073179 |

The "Amount Due" listed above reflects your total balance listed with our office.  However, all of your ticket detail information may not be listed.  For further information please contact our office at 312-604-7130.

If you are in bankruptcy, please do not consider this letter a demand for payment; but please contact our office to provide us with the necessary information.

CTY1A

Available Parking Plan Options for Parking, Compliance and Camera enforced Violation(s)

## General Payment Plan I

To participate:

- A 6-month payment plan for motorists with $500 or less worth of Parking, Compliance and Camera enforced Violation(s) debt.
- A deposit of 50% of the ticket debt is required.
- Pay all outstanding boot, tow, tamper and storage fees.

## General Payment Plan II

To participate:

- Requires a deposit of $500 or 25% of the Parking, Compliance and Camera enforced Violation(s) debt, whichever is greater.
- Payments can be made over 1 year.
- Pay all outstanding boot, tow, tamper and storage fees.

## Booted Vehicle Payment Plan:

To participate:

- If your vehicle has been booted, and you would like to enter into a payment plan, participation requires a deposit of $750 or 50% of the parking ticket debt, whichever is greater. Payments can be made over 1 year.
- Pay all outstanding boot, tow, tamper and storage fees.

## Hardship Payment plan:

To participate in a Hardship Plan you must:

- Show certification of any of the following programs or classifications:
    - Government Issued Unemployment Compensation
    - Low income home energy assistance program (LIHEAP)
    - Federal Public Housing/Section 8
    - Food Stamps
    - Students (high school, college, trade or vocational)
    - Seniors (65 and older)
    - Medicaid or Supplemental Security Income (SSI)
    - On active military duty, including reservists and national guard, or been discharged from the military in the last 90 days
- Make a deposit of $250 or 25% of your Parking, Compliance and Camera enforced Violation(s) debt whichever is less.
- Pay all outstanding boot, tow, tamper and storage fees if you have been booted and/or towed.

## Financial Circumstances:

Participants in hardship, and general payment plans may qualify for extended payment plans should financial circumstances warrant. Should the City elect to extend a payment plan beyond 12 months, participants are required to pay a $50 administrative fee. Plans in excess of 24 months require payment of a $100 administrative fee. Fees may only be waived if participants agree to a schedule of automated payments or debits.

***Please note: Anyone who defaults on a parking ticket payment plan will be charged a $100 fee, be immediately placed on a boot or tow list and will be prohibited from participating in this plan in the future.***

If you are interested in participating in a City of Chicago Parking, Compliance and Camera enforced Violation(s) Payment Plan, please call: 312-604-7111

**Please see reverse side for Payment Center and Kiosk Locations and hours**

CTY1A

City of Chicago
Emergency Medical Services
33589 Treasury Center
Chicago, IL 60694

Return Service Requested

06/08/2013

Stmt ID#: 340984384

98599-286

SHANISE R THOMPSON
7917 S LUELLA AVE
CHICAGO IL 60617-1149

**Invoice Date:** 06/08/2013
**Account #:**
**Amount Past Due: $968.00**
**Payment Amount:**
**Due Date: IMMEDIATELY**

Please make checks payable to:
City of Chicago EMS

12,000

**Remit Payment To:**
City of Chicago EMS
33589 TREASURY CTR
CHICAGO IL 60694-3500

---

Detach and Return Top Portion With Payment          **FINAL NOTICE**

## INVOICE FOR AMBULANCE SERVICES

| Date of Service: | 04/26/2013 |
| --- | --- |
| Transport From: | W 79th St / S Sawyer Av @ S Sawyer Av |
| Transport To: | Advocate Christ Medical Center |

| Description of Service | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| BLS Emergency Base Rate Resident | 1.00 | 900.00 | $900.00 |
| BLS Emergency Mileage | 4.00 | 17.00 | $68.00 |

**AMOUNT PAST DUE: $968.00**
**DUE DATE: 06/23/13**

Our records show that you have a balance due to the City of Chicago as stated above for ambulance services that were provided to you by the Chicago Fire Department - Emergency Medical Services (EMS). **THE BALANCE DUE IS YOUR RESPONSIBILITY** and if payment is not received your account may be forwarded to an outside collection agency. Please submit your payment immediately using one of the payment methods listed below or contact 1-877-987-2083, between the hours of 8:00 a.m. to 5:00 p.m., Monday through Friday to make payment arrangements.

**MAIL IN PAYMENT**

Mail your payment in the form of a check or money order in the enclosed envelope and include the payment coupon from above. Make all checks or money orders payable to the City of Chicago EMS. **DO NOT SEND CASH.**

**PAY IN PERSON**

In-person payments can be made by cash, check, money order or credit card at any of the payment centers listed below.
**DO NOT MAIL PAYMENTS TO THESE LOCATIONS.**

| Site | Site Address or Location | Accessible Days | Hours |
| --- | --- | --- | --- |
| City Hall | 121 North LaSalle | Monday - Friday | 8:00am - 5:00pm |
| Revenue Payment Center (SW) | 4770 South Kedzie | Monday - Friday | 8:00am - 6:30pm |
| Revenue Payment Center (NW) | 2550 West Addison | Monday - Friday | 8:00am - 6:30pm |
| Revenue Payment Center (SE) | 2006 East 95th | Monday - Friday | 8:00am - 6:30pm |
| Revenue Payment Center (Central) | 400 West Superior | Monday - Friday | 8:00am - 4:30pm |
| | | Saturday | 8:00am - 3:30pm |

*Site locations, accessible days and hours of operation are subject to change. Please check with the City website at www.cityofchicago.org/finance for any changes.*

If you have insurance or participate in a program which may pay this fee or a portion of it, please complete and sign the reverse side of this invoice and return in the enclosed envelope, or complete the form online at www.intermedix.com/billpay.



98599-286

**Law Office of Jerry M. Salzberg**
P.O.Box 5718
Elgin, IL 60121-5718
Office: 1-847-841-6400
Fax: 1-847-841-1313

| Account Summary | |
|---|---|
| Agency Id | |
| Original Creditor | Turner Acceptance -2 |
| Account Number | 015-116178 |
| File | **NEW 30** |
| Date | 05-29-2015 |
| **Balance Due** | **$4,369.57** |

Shanise Thompson
7917 S Luella Ave
Chicago IL 60617

Turner Acceptance -2
vs.
Shanise Thompson

Unless you, the recipient of this notice, within thirty days after receipt of this communication, dispute the validity of this debt or any portion thereof, the debt will be assumed to be valid.
If you notify this office, in writing, within the thirty day period that the debt, or any portion thereof is disputed, this office will obtain verification of the debt or a copy of a judgement against you and a copy thereof will be mailed to you.
Upon written request, within the same thirty day period, this office will provide you the name and address of the original creditor, if different from the current creditor.

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

A menos que usted, el beneficiario de este aviso, dentro de los treinta días después del recibo de esta comunicación, cuestiona la validez de esta deuda o cualquier portiontherof, asumirá la deuda sea válida.
Si usted notificar a esta oficina, por escrito, dentro del plazo de treinta días que la deuda, o cualquier porción del mismo, se disputa, esta oficina obtendrá verificación de la deuda o una copia de una sentencia contra ti y se enviará una copia a usted.
Previa solicitud por escrito, en el mismo plazo de treinta días, esta oficina le proporcionará el nombre y dirección del acreedor original, si es diferente al actual acreedor.

ESTA COMUNICACIÓN ES UN INTENTO DE COBRAR UNA DEUDA Y CUALQUIER INFORMATIÓN OBTENIDA SE UTILIZARÁ PARA ESE PROPÓSITO.

Very  Truly Yours/Sinceramente

Jerry M. Salzberg

| **CREDIT CARDS** | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| ( ) MASTERCARD  ( ) VISA  ( ) American Express  ( ) Discover | | |
| CARD NUMBER | CVV | AMOUNT |
| SIGNATURE | | EXP. DATE |

City of Chicago
Department of Law
(312) 744-7275

02/20/15

MDG2013 00001040 1 AV  0381


THOMPSON, SHANISE R
7917 S LUELLA AVE
CHICAGO, IL 60617-1149

Re.   Amount Due **$3,291.97**

Dear  Thompson, Shanise R

Attached is a list of parking, compliance, automated speed enforcement system, or automated traffic violation debt for which you have been sent notices by the City's Department of Finance.  You have failed to respond to the Department of Finance's notices, and a Findings, Decisions, and Order has been entered against you in the amount noted above.  This debt has now been referred to the City of Chicago's Department of Law for enforcement.

You must pay the total final determination debt immediately to avoid collection proceedings.  If you fail to pay now you may be responsible for additional amounts, including attorneys' fees and collection costs.  Also, the City may garnish your wages and bank accounts, file a lien against your property, and notify the credit bureaus, any of which may affect your credit.

You may make your payment in any of the following ways.
1. Pay by credit card online at www.cityofchicago.org/finance
2. Send a check or money order payable to the order of City of Chicago, Department of Finance with the payment coupon below.
3. Pay in-person at any one of the Department of Finance payment facilities.
4. Enroll in a Payment Plan.  For information about payment plans, please visit us at www.cityofchicago.org/finance or call 312.744.PARK (7275)

For locations, directions, hours of operation, or if you have questions, please call (312) 744-PARK or visit the City's web site at www.cityofchicago.org/finance.


Collections Unit
Department of Law

COC CL 002064 P

NOTICE NUMBER
THOMPSON, SHANISE R
7917 S LUELLA AVE
CHICAGO, IL 60617-1149

Please make check or money order payable to the City of Chicago.

| TOTAL AMOUNT DUE |
| --- |
| **$3,291.97** |

TO ENSURE PROPER CREDIT PLEASE RETURN
THIS STUB WITH YOUR PAYMENT

**MAIL TO:**
**City of Chicago**
**Department of Finance**
**P.O. Box 88292**
**Chicago, IL  60680-1292**

PLEASE:
- **DO NOT** send cash
- **DO NOT** send credit card information
- **DO NOT** fold the payment stub
- **DO NOT** staple the check or money order to the payment stub

5150448453503291970220 2015

02/20/15

THOMPSON, SHANISE R
7917 S LUELLA AVE
CHICAGO, IL  60617-1149



| Citation No. | Offense Date | Make | Plate No. | Offense Location | Description | Collection Fee | Amount |
|---|---|---|---|---|---|---|---|
| 0064700907 | 10/23/14 | Pont | S868600 | 2102 E 79th St | No City Sticker Vehicle Under/Equal To 16,000 Lbs. | $0.00 | $400.00 |
| 0065238052 | 10/18/14 | Pont | S868600 | 2310 E 79th St | Rear And Front Plate Required | $0.00 | $120.00 |
| 7005910975 | 10/09/14 | Othr | S868600 | 7600 S Stony Island A | Red Light Violation | $0.00 | $200.00 |
| 0064588691 | 06/12/14 | Pont | S868600 | 2141 E 79th | No City Sticker Vehicle Under/Equal To 16,000 Lbs. | $88.00 | $488.00 |
| 0064588690 | 06/12/14 | Pont | S868600 | 2141 E 79th | Rear And Front Plate Required | $26.40 | $146.40 |
| 9185073179 | 03/17/14 | Pont | S868600 | 7917 S Luella | No City Sticker Vehicle Under/Equal To 16,000 Lbs. | $88.00 | $488.00 |
| 0063698402 | 02/05/14 | Pont | 225P045 | 2610 E 79th St | Park Or Stand In Bus/Taxi/Carriage Stand | $44.00 | $244.00 |
| 0061479230 | 08/01/12 | Plym | L743153 | 9017 S Paxton | No City Sticker Vehicle Under/Equal To 16,000 Lbs. | $88.00 | $488.00 |
| 0061493569 | 07/29/12 | Plym | L743153 | 9025 S Paxton A | No City Sticker Vehicle Under/Equal To 16,000 Lbs. | $88.00 | $488.00 |
| 9182219332 | 05/02/12 | Plym | L743153 | 9324 S Oglesby | Residential Permit Parking | $22.00 | $122.00 |
| 7003984896 | 04/17/12 | Othr | L743153 | 1200 W 79th Street | Red Light Violation | $19.40 | $107.57 |

**✳✳**

 **SOUTH SHORE HOSPITAL**
8012 South Crandon Ave. Chicago, IL. 60617
(773) 768 - 0810

Date: 06/19/13

Shanise Thompson
7917 South Luella Ave

Chicago, IL 60617

Patient Information
Shanise Thompson
Account #
Admit Date:
Disch/Service Date: 03/09/13
Self Pay Balance: $1158.00
Amount is due 30 days from 06/19/13

Dear Shanise Thompson:

After making several attempts to contact you regarding the above delinquent account, you have left us no alternative but to send this account to a collection agency.

In order to avoid this procedure, it will be necessary for you to make a payment of least $25.00.  If we do not hear from you, we have no alternative than to send you to a collection agency.

By contacting us immediately, the above action may not be necessary.  If you have any questions please contact us.  Payment plans or financial assistance are available.

Sincerely yours,

VICTOR LOCKETT
Patient Representative
(773)356-5212

P.S.  Please put your account number on your check or money order.  You may also pay by Visa or MasterCard by completing the bottom portion of this letter and returning it to us.

Please return this portion with your payment____

Visa __  |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|     Exp Date |__|__| | |__|__|
                      Account Number                                                      M M      Y Y

M/C ___

_____          _____
Cardmember's Signature                                       $ Amount
Patient Name: THOMPSON,SHANISE          Account Number: V00162904437

GENERAL REVENUE CORPORATION®

Cincinnati OH    Fishers IN    Horseheads NY

Correspondence Address:
General Revenue Corp
11501 NORTHLAKE DRIVE
CINCINNATI,OH 45249-1643

Street Address:                    (855) 696-5064
  11501 Northlake Drive
  Cincinnati OH 45249-1643
Payment Address:
  PO Box 495999
  Cincinnati OH 45249-5999
RE: Account Number
Current Amount Due: $570.01
Note: The amount(s) due shown above consist of the debt
      as detailed on the second page of this notice.

SHANISE THOMPSON
7917 S LUELLA
CHICAGO IL 60617

November 2, 2012
Creditor:  CHICAGO STATE UNIVERSITY

Dear SHANISE THOMPSON:

Enclosed is the information you requested.  If you should have any questions or require additional information, please
contact General Revenue Corporation at (855) 696-5064.

The following balances comprise the current amount due as shown above:

| | | |
|---|---|---|
| Principal: | $ | 479.00 |
| Interest: | $ | 0.00 |
| Penalty/Late: | $ | 0.00 |
| Collection Costs: | $ | 91.01 |
| Other Charges: | $ | 0.00 |
| Total: | $ | 570.01 |

As of the date of this letter, you owe the amount stated above.  Because your credit agreement may require you to pay interest
on the outstanding portion of your balance, as well as late charges and costs of recovery, which vary from day to day, as you
agreed in your credit agreement, the amount required to pay your account in full on the day you send payment may be greater
than the amount stated here.  If you pay the amount stated here, an adjustment may be necessary after we receive your payment.
In that event, we will notify you of any adjustment in your balance.  We encourage you to call prior to making a payment
intended to pay your account in full.  Please contact us at the address on this letter or call (855) 696-5064.

This is an attempt by a debt collector to collect a debt.  Any information obtained will be used
for that purpose.

| Account Number | Current Principal | Current Interest | Current Collection Cost Balance | Current Other Charges | Current Interest Rate |
|---|---|---|---|---|---|
| ███ CHICAGO STATE UNIVERSITY | 479.00 | 0.00 | 91.01 | 0.00 | 0.000% |

*****CONTINUED ON NEXT PAGE*****

```
24-OCT-2012  04:28:13 PM          Chicago State University                   PAGE 1
ALL TERMS                       Student Trans Summary Report  ^(14950)      TSRSSUM
                                900031853 Thompson, Shanise R
                                       Balance: 479.00
```

| EFF DATE | Description | CHARGE | PAYMENT | TERM |
|---|---|---|---|---|
| 24-APR-12 | IPAD Recovery | 479.00 | | 201009 |
| 25-FEB-11 | Financial Aid Award Refunds | 266.00 | | 201101 |
| 18-FEB-11 | Financial Aid Award Refunds | 1,629.50 | | 201101 |
| 18-FEB-11 | Spring MAP Awards | | 266.00 | 201101 |
| 14-FEB-11 | Pell | | 2,062.50 | 201101 |
| 14-FEB-11 | Spring MAP Awards | | 1,197.00 | 201101 |
| 14-FEB-11 | Subsidized Loans - Direct | | 1,742.00 | 201101 |
| 11-JAN-11 | Undergraduate RES 4-year Plan | 269.00 | | 201101 |
| 11-JAN-11 | Undergraduate RES 4-year Plan | 807.00 | | 201101 |
| 11-JAN-11 | Undergraduate RES 4-year Plan | 807.00 | | 201101 |
| 11-JAN-11 | Undergraduate RES 4-year Plan | 1,076.00 | | 201101 |
| 11-JAN-11 | Laboratory Fee | 10.00 | | 201101 |
| 11-JAN-11 | Mandatory Fee PT - Fall/Spring | 403.00 | | 201101 |
| 03-DEC-10 | Financial Aid Award Refunds | 1,742.00 | | 201009 |
| 01-DEC-10 | Subsidized Loans - Direct | | 1,742.00 | 201009 |
| 14-SEP-10 | Cash | | 20.00 | 201009 |
| 14-SEP-10 | Replacement ID-Financial Aid | 20.00 | | 201009 |
| 02-SEP-10 | Financial Aid Award Refunds | 494.00 | | 201009 |
| 01-SEP-10 | FT Health Insurance Premium | -462.50 | | 201009 |
| 30-AUG-10 | Bookstore Charge | -31.50 | | 201009 |
| 27-AUG-10 | Bookstore Charge | 31.50 | | 201009 |
| 26-AUG-10 | Fall MAP Awards | | 1,680.00 | 201009 |
| 26-AUG-10 | Pell | | 2,750.00 | 201009 |
| 13-AUG-10 | Undergraduate RES 4-year Plan | 807.00 | | 201009 |
| 13-AUG-10 | FT Health Insurance Premium | 462.50 | | 201009 |
| 13-AUG-10 | CTA U-PASS | 113.00 | | 201009 |
| 13-AUG-10 | Mandatory Fee PT | -403.00 | | 201009 |
| 13-AUG-10 | Mandatory Fee FT | 575.00 | | 201009 |
| 13-AUG-10 | Undergraduate RES 4-year Plan | 2,421.00 | | 201009 |
| 13-AUG-10 | Laboratory Fee | 20.00 | | 201009 |
| 13-AUG-10 | Mandatory Fee PT | 403.00 | | 201009 |
| | TOTAL: | 11,938.50 | 11,459.50 | |

```
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

| Term | Description | Receipt Number | Amount |
|---|---|---|---|
| Spring 2011 | Financial Aid Award Refunds | 1231347 | 1,629.50 |
| | Financial Aid Award Refunds | 1232185 | 266.00 |
| | Laboratory Fee | | 10.00 |
| | Mandatory Fee PT - Fall/Spri | | 403.00 |
| | Pell | | -2,062.50 |
| | Spring MAP Awards | | -1,463.00 |
| | Subsidized Loans - Direct | | -1,742.00 |
| | Undergraduate RES 4-year Pla | | 2,959.00 |
| | Spring 2011 Total: | | .00 |
| Fall 2010 | CTA U-PASS | | 113.00 |

```
24-OCT-2012 04:28:13 PM        Chicago State University              PAGE 2
ALL TERMS                    Student Trans Summary Report            TSRSSUM
                             900031853 Thompson, Shanise R
                                  Balance: 479.00
```

*****CONTINUED FROM PREVIOUS PAGE*****

| Term | Description | Receipt Number | Amount |
|------|-------------|----------------|--------|
| Fall 2010 | Cash | 1196844 | -20.00 |
| | Fall MAP Awards | | -1,680.00 |
| | Financial Aid Award Refunds | 1194690 | 494.00 |
| | Financial Aid Award Refunds | 1211974 | 1,742.00 |
| | IPAD Recovery | | 479.00 |
| | Laboratory Fee | | 20.00 |
| | Mandatory Fee FT | | 575.00 |
| | Pell | | -2,750.00 |
| | Replacement ID-Financial Aid | 1196844 | 20.00 |
| | Subsidized Loans - Direct | | -1,742.00 |
| | Undergraduate RES 4-year Pla | | 3,228.00 |
| | | | ----------- |
| | Fall 2010 Total: | | 479.00 |
| | | | ----------- |
| | Grand Total: | | 479.00 |
| | | | =========== |

**Advocate Medical Group**
*701 Lee St, Des Plaines, IL 60016*

**Billing Inquiries: Call (847) 390-5911**
**Fax (847) 390-5450**
**Office Hours: M-F 7:30am - 4:30pm**

MAKE CHECK PAYABLE TO: ADVOCATE MEDICAL GROUP
OR PAY ONLINE AT WWW.ADVOCATEMEDICALGROUPS.COM

☐ VISA ☐ MASTERCARD ☐ DISCOVER
CARD NUMBER:
SIGNATURE: _____ EXP DATE:

| ACCOUNT NUMBER | DUE DATE | PAY THIS AMOUNT | AMOUNT ENCLOSED |
|---|---|---|---|
| | 07/01/13 | $474.00 | $ |

SHANISE THOMPSON
7917 S LUELLA AVE
CHICAGO, IL  60617-1149

170 1 AV 0.357 BMECH

ADVOCATE MEDICAL GROUP
75 REMITTANCE DR SUITE 1019
CHICAGO, IL  60675-1019

PLEASE DETACH AND RETURN WITH PAYMENT. PLEASE REVIEW YOUR PATIENT PROFILE ON THE REVERSE SIDE. IF ANY CHANGES ARE NECESSARY, PLEASE CALL US AT (847) 390-5911.

# STATEMENT OF PROFESSIONAL SERVICES
*(AS OF JUNE 10, 2013)*

ACCOUNT NUMBER     SHANISE THOMPSON

PAGE 1

PLEASE REVIEW THE BACK OF THIS STATEMENT FOR THE CURRENT INFORMATION ON FILE. A CLAIM HAS BEEN FILED TO YOUR INSURANCE COMPANY AND THE BALANCE IS DETERMINED TO BE YOUR RESPONSIBILITY. PLEASE REMIT PAYMENT IN FULL TO AVOID COLLECTION ACTION. IF YOU HAVE INSURANCE OR THE INCORRECT INSURANCE INFORMATION APPEARS ON THIS STATEMENT PLEASE CONTACT THE BILLING INQUIRY NUMBER THAT APPEARS ON THIS STATEMENT. ADVOCATE OFFERS PAYMENT ALTERNATIVES INCLUDING FINANCIAL ASSISTANCE. RETURN CHECKS MAY BE SUBJECT TO A $25.00 FEE. SI HABLA ESPANOL. THANK YOU FOR CHOOSING ADVOCATE MEDICAL GROUP FOR YOUR HEALTH CARE NEEDS.

INVOICE NUMBER: 18-27256715
CHARGES

PROVIDER: STEVEN SALZMAN DO MD
CHRIST HOSPITAL ER

04/26/13 EMERGENCY DEP VST EM-COMPRHX,COMPREX,MEDICAL DECISION     $474.00
TOTAL:     $474.00

PAYMENT ACTIVITY
05/03/13  INSURANCE BILLED
AMOUNT DUE NOW......................     $474.00

| OTHER ACCOUNT INFORMATION | DATE | AMOUNT |
|---|---|---|
| LAST PATIENT PAYMENT RECEIVED | | |
| AMOUNT PENDING WITH INSURANCE | | $0.00 |
| INSURANCE PAYMENTS RECEIVED IN LAST 30 DAYS | | $0.00 |

AMOUNT DUE BY 07/01/13:     $474.00

# Notice of Physician's Lien

To:  **Daniel E. Goodman Attorney**
**9701 W. Higgins**
**Suite 601**
**Rosemont, IL. 60018**

**Shanise Thompson**
**7917 S. Luella**
**Chicago, IL. 60617**

You are hereby notified that the undersigned, a duly licensed and practicing physician in and for the State of Illinois, has and will render medical services in the treatment for injuries sustained by Shanise Thompson of 7917 s. Luella, Chicago, IL. 60617, on or about the 20th day of January 2015 and for which injuries the following person or persons is or may be liable to make compensation to the aforesaid injured person:

The undersigned claims a lien as by the Statutes of the State of Illinois, in such case made and provided, upon the claim and cause of action or causes of action of said injured party aforesaid, for his reasonable charges for medical services rendered up to the date of payment of such damages.

That such lien shall attach to any verdict, judgment or decree secured in any action or decree in any suit or action of said injured party based on the negligent or wrongful act or acts of said person or persons, or whoever shall be found to be liable therefore, and to any money or property which may be recovered by compromise settlement, suit or action on account of the injuries so sustained not resulting in the death of the injured person; or to any verdict, judgment or decree in any suit brought by the estate of such injured person against any person or persons for the recovery of damages on account of injuries resulting in the death of such injured person.

In the event you have insurance, it is suggested for your protection, that this Notice of Physician's Lien be forwarded promptly to your insurance carrier.

Suburban Orthopedics, Howard Freedberg, M.D.
Letitia D. Lohman, Operations Manager
350 South Northwest Highway, Suite 200
Park Ridge, Illinois 60068

..............................................
Signature

## PROOF OF SERVICE

**STATE OF ILLINOIS**

**COUNTY OF**  **Cook**

**Liliya Melnik** being duly sworn deposes and says that she served the above and foregoing Notice of Physician's Lien upon the aforesaid

by:

( )  Delivering a true copy thereof to said persons
(XXX)  Placing a true copy of said notice in an envelope addressed to each of said persons at the addresses as above shown, and depositing the same in the United States Mails, postage prepaid as mail on the 17th day of September, 2015

Subscribed and sworn to before me this ..............................................

17th day of September, 2015

.............................................. Notary Public

"OFFICIAL SEAL"
Liliya Melnik
Notary Public, State of Illinois
My Commission Expires 7/13/2016

Notary Public Seal

\*\*By Statute the notice must be served upon both the injured party and the person or persons allegedly liable.
Service may be made in person, by registered or certified mail.

| SOUTH LOOP SKILLED NURSING FACILITY LLC  1725 S WABASH | | | | | CHICAGO IL 60616 | | | | | Direct Deposit Receipt: 1114073043   Pay Date: 02/24/2017 | | |
| EE # 126190  SHANISE R THOMPSON | | | | EEID 2332-8491-0951-930 | | DEPT # 25160012 | | | SSN ***-**-6744 | | | Period:  02/05/2017  to 02/18/2017 |
| BI-WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 10.50 | 45.00 | 472.50 | 45.00 | 472.50 | | | | FITWH | 7.25 | 7.25 | |
| | | | | | | | | | MED | 6.85 | 6.85 | |
| | | | | | | | | | SOC | 29.30 | 29.30 | |
| | | | | | | | | | IL | 11.44 | 11.44 | |
| | TOTALS | 45.00 | 472.50 | 45.00 | 472.50 | | | | | 54.84 | 54.84 | NET    417.66 |

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**SOUTH LOOP SKILLED NURSING FACILITY LLC**
1725 S WABASH

CHICAGO IL 60616

Direct Deposit Receipt # 1114073043
Date    02/24/2017

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **          VOID ** VOID **

DIRECT DEPOSIT $417.66
TO ACCOUNT #   XXXXXXXX7790
BANK #         XXXXX4779

Pay to the
Order of          SHANISE R THOMPSON          25160012    DD
                  7917 S LUELLA AVE
                  CHICAGO IL 60617          NON-NEGOTIABLE

# ENT LEASE (UNFURNISHED)

| | MONTHLY RENT | SECURITY DEPOSIT |
|---|---|---|
| NG 2017 | $1058.00 | |

## Owner/Agent Disclosure

Building Owner or
Management Agent:

Name, address &
phone number of
building agent or
manager authorized
to receive notices,
demands and
service of process.

JEFFERY SE, LLC
P.O. Box 46147
Chicago, IL 60646
P 312-493-5544

Lessor(s) _____ (S

_____ (S

3. **The Rent.** Tenant shall pay the Monthly Rent to Lessor or Lessor's agent on the firs
of each month in advance at the Lessor's address stated opposite (or at such other ad
as Lessor may designate in writing).

4. **Late Fee.** The Monthly Rent shall be due on the **1st of the month.** If the Monthly
is paid after the **5th of the month,** a late charge of $ 20.00 will be